IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 10-0253-CG-N |
| | ) | |
| JUPITER LOUIS HOWELL, | ) | CRIMINAL ACTION NO. 07-0241-CG |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that petitioner's motion to vacate, set aside or correct sentence, filed pursuant to 28 U.S.C. § 2255, is **DENIED**. The court finds that petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 30th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE